**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADUGNA W. ASFAW,            )<br>                                                  )<br>      Plaintiff                          )<br>                                                  )<br>v.                                            )     Case No. 1:06-CV-00641-EGS<br>                                                  )<br>CENTRAL PARKING SYSTEM OF  )<br>VIRGINIA, INC.                       )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>                                                  )<br>      Defendant.                      )<br>                                                  ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Central Parking System Of Virginia, Inc. (hereinafter "Defendant"), through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to extend the time in which Defendant may file an answer and/or otherwise respond to Plaintiff's Complaint until May 22, 2006.  In support of this Motion, Defendant states:

1. An answer and/or other response is due on May 1, 2006.

2. Due to the press of other business, counsel for Defendant will be unable to investigate the allegations and prepare an answer and/or other response to the Complaint by that date.

3. Plaintiff's counsel has agreed to the requested extension of time.

4. Accordingly, Defendant respectfully requests an additional twenty-one days -- until Monday, May 22, 2006 -- to answer and/or otherwise move in response to the Complaint.

5. Defendant has made no previous requests for extension of time in this matter and this request for extension is not made for the purpose of delay.

WHEREFORE, Defendant respectfully requests that this Court extend the time in which Defendant may file its answer and/or other motion in response to Plaintiff's Complaint until May 22, 2006.

           Respectfully submitted,

           CENTRAL PARKING SYSTEM OF
           VIRGINIA, INC.


           By:   /s/ David M. Burns
                David M. Burns, Bar # 466167
                SEYFARTH SHAW LLP
                815 Connecticut Avenue, N.W., Suite 500
                Washington, DC 20006-4004
                (202) 463-2400
                (202) 828-5393 (facsimile)

Dated:  April 27, 2006            Attorneys for Defendant