**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADUGNA W. ASFAW, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>    Defendant. )<br>_____) | Case No. 1:06-CV-00641-EGS |

**ORDER**

Upon consideration of Defendant Central Parking System Of Virginia, Inc.'s Consent Motion For An Extension Of Time To Respond To Plaintiff's Complaint, and for good cause shown, it is on this ____ day of _____, 2006,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED that Defendant shall have until May 22, 2006, to answer or otherwise move in response to Plaintiff's Complaint.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Court Judge

Copies to:

nilspeterson@aol.com

dburns@seyfarth.com