**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADUGNA W. ASFAW,            )<br>                                              )<br>    Plaintiff                              )<br>                                              )<br>v.                                           )<br>                                              )<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC.                       )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>                                              )<br>    Defendant.                         )<br>                                              ) | Case No. 1:06-CV-00641-EGS |

## THE PARTIES' JOINTLY PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Not required |
| Amendment of Pleadings | July 28, 2006 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | August 1, 2006 |
| Defendant's Rule 26(a)(2) Expert Disclosures | September 1, 2006 |
| Close of Fact Discovery | November 10, 2006 |
| Close of Expert Discovery | November 10, 2006 |
| Dispositive Motions | December 11, 2006 |
| Pretrial Conference | 60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery |
| Trial | To be set at the pretrial conference |

2

SO ORDERED.

_____                                          _____
Date                                                                                         Emmet G. Sullivan
                                                                                                     United States District Court Judge

Copies to:

Nils G. Peterson
nilspeterson@aol.com

David M. Burns
dburns@seyfarth.com