### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADUGNA W. ASFAW, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>Defendant. )<br>) | Case No. 1:06-CV-00641-EGS-JMF |

### JOINT PROPOSED AMENDED SCHEDULING ORDER

Pursuant to the parties' settlement mediation before Magistrate Judge John M. Facciola on August 16, 2006, the Parties jointly propose that the scheduling order in this case be modified to reflect case deadlines as follows:

| | |
|---|---|
| Close of Fact Discovery | January 31, 2007 |
| Close of Expert Discovery | January 31, 2007 |
| Dispositive Motions | March 2, 2007 |
| Pretrial Conference | 60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery |
| Trial | To be set at the pretrial conference |

2

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| ADUGNA W. ASFAW | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By:_____/s/_____ | By _____/s/_____ |
| Nils G. Peterson, Bar No. 295261 | David M. Burns, Bar No. 466167 |
| 2009 North 14th Street, NW | SEYFARTH SHAW LLP |
| Suite 708 | 815 Connecticut Avenue, N.W. |
| Arlington, VA 22201 | Suite 500 |
| 703-527-9900 | Washington, DC 20006 |
| 703-522-1250 (facsimile) | 202-463-2400 |
|  | 202-828-5393 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |
| Dated: August 17, 2006 | Dated: August 17, 2006 |

SO ORDERED.

_____        _____
Date                                                  The Honorable _____

2