# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADUGNA W. ASFAW, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>    Defendant. )<br>_____) | Case No. 1:06-CV-00641-EGS-JMF |

**JOINT STATUS REPORT AND RECOMMENDATION FOR FUTURE PROCEEDINGS**

    Pursuant to the Court's February 16, 2007, Minute Order, the parties jointly submit this status report and recommendation for future proceedings. The parties have continued to engage in settlement discussions, including through today. An ancillary workers compensation issue has affected the progress of settlement discussions in this case, but the parties expect to know by the end of next week whether the present case will be resolved. The parties have exchanged written and document discovery and issued third party document subpoenas. The parties have also noticed depositions, but have postponed those depositions so as not to spend time and money while settlement talks continued. Given that the parties expect to know by the end of next week whether this case will be resolved, the parties recommend that, if not resolved, the Court set a

2

deadline of May 11, 2007 for the taking and completion of depositions and also set a dispositive motions deadline for a reasonable period thereafter.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| ADUGNA W. ASFAW | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By:_____/s/_____<br>Nils G. Peterson, Bar No. 295261<br>2009 North 14th Street, NW<br>Suite 708<br>Arlington, VA 22201<br>703-527-9900<br>703-522-1250 (facsimile)<br><br>Attorney for Plaintiff<br><br>Dated: April 13, 2007 | By_____/s/_____<br>David M. Burns, Bar No. 466167<br>SEYFARTH SHAW LLP<br>815 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, DC  20006<br>202-463-2400<br>202-828-5393 (facsimile)<br><br>Attorneys for Defendant<br><br>Dated: April 13, 2007 |

DC1 30196388.1