# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADUGNA W. ASFAW, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>    Defendant. )<br>) | Case No. 1:06-CV-00641-EGS-JMF |

## JOINT STATUS REPORT

Pursuant to the Court's April 16, 2007, Minute Order, the parties jointly submit this status report. The parties have reached a settlement agreement in principle of this case and are in the process of formalizing the agreement. The parties will likely be seeking Court approval of the agreement in the next two to three weeks, and the parties will file a stipulation of dismissal with prejudice.

Respectfully Submitted,

ADUGNA W. ASFAW

By: _____/s/_____
Nils G. Peterson, Bar No. 295261
2009 North 14th Street, NW
Suite 708
Arlington, VA 22201
703-527-9900
703-522-1250 (facsimile)

Attorney for Plaintiff

Dated: April 27, 2007

Respectfully Submitted,

CENTRAL PARKING SYSTEM OF
VIRGINIA, INC.

By _____/s/_____
David M. Burns, Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
202-463-2400
202-828-5393 (facsimile)

Attorneys for Defendant

Dated: April 27, 2007

DC1 30197266.1